UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. ROBERT J. BARNES, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00952-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT<br><br>[ECF No. 10] |

　　　　Plaintiff Juan Jaimes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On November 17, 2014, Plaintiff filed a request to extend the time to file an amended complaint in accordance with the Court's October 17, 2014, order dismissing his initial complaint with leave to amend.

　　　　Good cause having been presented to the Court, IT IS HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:　**November 19, 2014**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1