UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. ROBERT J. BARNES, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00952-LJO-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT ROBERT J. BARNES<br><br>[ECF Nos. 31, 32] |

      Plaintiff Juan Jaimes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      This action is proceeding against Defendants Robert J. Barnes, Finnigan, Kauffman, and Neighbors for deliberate indifference to a serious medical need.

      On September 15, 2015, Defendants Finnigan, Kauffman, and Neighbors filed an answer to the first amended complaint. On September 21, 2015, the Court issued a discovery and scheduling order setting forth the applicable deadlines for which the action shall proceed.

      On September 21, 2015, Defendant Barnes filed an answer to the first amended complaint. In light of the fact that the discovery and scheduling order was issued prior to the filing of Defendant

///

///

///

1

Barnes's answer, Defendant Barnes is advised that the discovery and scheduling order issued September 21, 2015, is extended and made applicable to him as well as Defendants Finnigan, Kauffman, and Neighbors.

IT IS SO ORDERED.

Dated:   **September 24, 2015**

UNITED STATES MAGISTRATE JUDGE