# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. ROBERT J. BARNES, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00952-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER AND VACATING DEPOSITION DEADLINE<br><br>[ECF No. 51] |

　　Plaintiff Juan Jaimes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On May 2, 2016, Defendants filed a motion to modify the scheduling order and vacate the deadline for taking Plaintiff's deposition.

　　Good cause having been presented to the Court, it is HEREBY ORDERED that the deadline for taking Plaintiff's deposition is VACATED and will be reset, if necessary, following the resolution of Defendants' pending motion for summary judgment.

IT IS SO ORDERED.

Dated: __May 3, 2016__

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

1