# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT BARNES, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00952-LJO-SAB-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER<br>(ECF No. 59)<br><br>Dispositive Motion Filing Deadline: October 3, 2016 |

    Plaintiff Juan Jaimes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On July 25, 2016, Defendants filed a motion to extend the time for filing a dispositive motions. Defendants move for an extension of the dispositive motion deadline on the ground that Plaintiff was granted five extensions of time to file opposition to Defendants' motion for summary judgment (based on non-exhaustion). (ECF Nos. 38, 41, 43, 45, 47.) Defendants contend that the motions for extensions of time resulted in a delay in discovery and has made it difficult to complete a motion for summary judgment on the merits by the existing deadline, August 1, 2016. Further, the findings and recommendations regarding the motion for summary judgment (based on non-exhaustion) was entered on June 23, 2016. (ECF No. 58.) A final order on the motion for summary judgment has yet to be entered. Defendants seek an extension of

time of sixty days until after a final ruling on Defendants' summary judgment motions (based on non-exhaustion).

The Court finds good cause to extend the dispositive motion filing deadline.  The Court will set a date certain of October 3, 2016, in which to file dispositive motions.  Further extensions of time will only be granted on a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to extend the dispositive motion filing deadline is GRANTED.  The dispositive motion filing deadline is extended to October 3, 2016.

IT IS SO ORDERED.

Dated:   **July 27, 2016**

UNITED STATES MAGISTRATE JUDGE

2