UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. ROBERT J. BARNES, et al.,<br><br>          Defendants. | Case No.: 1:14-cv-00952-LJO-SAB (PC)<br><br>ORDER EXTENDING DEPOSITION DEADLINE TO SEPTEMBER 5, 2016<br><br>[ECF No. 53] |

Plaintiff Juan Jaimes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 2, 2016, Defendants' motions for summary judgment based on exhaustion of the administrative remedies were denied in part and granted in part.

On July 28, 2016, the Court extended the time for Defendants to file a dispositive motion deadline to October 3, 2016.  Pursuant to the Court's May 3, 2016, order, the deadline for taking Plaintiff's deposition is extended to **September 5, 2016**.

IT IS SO ORDERED.

Dated:   **August 3, 2016**                                  _____
                                                                                  UNITED STATES MAGISTRATE JUDGE

1