1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    JUAN JAIMES,                                    ) Case No.: 1:14-cv-00952-LJO-SAB (PC)
                                                       )
12                    Plaintiff,                       )
                                                       ) ORDER REQUIRING DEFENDANTS TO
13            v.                                       ) PROVIDE FURTHER INFORMATION IN
                                                       ) REGARD TO MOTION FOR EXTENSION OF
14    DR. ROBERT J. BARNES, et al.,                    ) TIME TO FILE DISPOSITIVE MOTION FOR
                                                       ) SUMMARY JUDGMENT
15                    Defendants.                      )
                                                       ) [ECF No. 63]
16    _____              )

17            Plaintiff Juan Jaimes is appearing pro se and in forma pauperis in this civil rights action

18    pursuant to 42 U.S.C. § 1983.

19            Currently before the Court is Defendant Neighbor's motion to extend the time to file a motion

20    for summary judgment, filed September 26, 2016.  Defendants submit that they are in the process of

21    obtaining documentation to support their dispositive motion for summary judgment and are in need of

22    an extension of time of the deadline for filing such motion.

23            Defendants fail to support their motion with good cause to extend the dispositive motion

24    deadline.  Specifically, Defendants fail to indicate why such documentation was not discovered and

25    obtained during the discovery period from September 21, 2015 to May 21, 2016.  (ECF No. 31.)

26    Accordingly, Defendants are HEREBY DIRECTED to submit further information in support of their

27    motion within **five (5)** days from the date of service of this order.  Failure to comply with this order or

28

                                                      1

1  submit information establishing good cause will result in denial of Defendants' motion for an

2  extension of time.

3

4  IT IS SO ORDERED.

5  Dated:   **September 28, 2016**

6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2