# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>       Plaintiff,<br><br>    v.<br><br>DR. ROBERT J. BARNES, et al.,<br><br>       Defendants. | Case No.: 1:14-cv-00952-LJO-SAB (PC)<br><br>ORDER RELIEVING DEFENDANT DR. BARNES FROM PARTICIPATION IN SETTLEMENT CONFERENCE ON JUNE 9, 2017, IN LIGHT OF GRANT OF MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 88] |

Plaintiff Juan Jaimes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 4, 2017, the Court set a settlement conference in this action for June 9, 2017, at Corcoran State Prison.

Inasmuch as on June 1, 2017, the Findings and Recommendations recommending that Defendant Dr. Barnes's motion for summary judgment be granted were adopted in full, and judgment was entered in favor of Dr. Barnes, his participation in the settlement conference is now moot. Accordingly, Defendant Dr. Barnes is relieved from participation in the settlement conference on June 9, 2017, and this action proceeds against Defendant Neighbors only who is represented by separate counsel, Deputy Attorney General David Carrasco.

IT IS SO ORDERED.

Dated:   **June 1, 2017**

                                        UNITED STATES MAGISTRATE JUDGE