# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>        Plaintiff,<br><br>v.<br><br>NEIGHBORS,<br><br>        Defendant. | Case No.: 1:14-cv-00952-LJO-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JUAN JAIMES, CDCR V-08644<br><br>[ECF No. 83] |

A settlement conference in this matter commenced on June 9, 2017, inmate Juan Jaimes, CDCR #V-08644, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: **June 9, 2017**

UNITED STATES MAGISTRATE JUDGE

FILED JUN 12 2017 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA