# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAIMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. ROBERT J. BARNES, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00952-LJO-SAB (PC)<br><br>ORDER RESCHEDULING TRIAL DATE FROM MARCH 27, 2018 TO MARCH 20, 2018 |

Plaintiff Juan Jaimes is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Due to the Court's conflicting multiple trial schedule, it is necessary to reschedule the jury trial in this matter currently set for March 27, 2018 to March 20, 2018. All other deadlines set forth in the Court's December 14, 2017 pretrial order remain in full force and effect.

IT IS SO ORDERED.

　　Dated: **February 13, 2018**　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1